UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLIVER MCGUIRE, INC., AAA REINFORCING LL, ZMK CONSTRUCTION, INC., ALLIANCE MASONRY CORP., RAULLI & SONS, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY,<br><br>      Defendants. | Civil Action No.: 3:21-cv-428 (FJS/ML)<br><br><br><br>**STIPULATION OF DISCONTINUANCE** |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, as only between Plaintiff Raulli & Sons, Inc., and the Defendants Travelers Casualty and Surety Company of America and Federal Insurance Company, on the merits, and with prejudice, and without costs to any party as against the others.  This stipulation may be filed without further notice with the Clerk of Court.

| | |
|---|---|
| Dated: February 15, 2022 | Dated: February 15, 2022 |
| /s/ John W. Dreste<br>Ernstrom & Dreste, LLP<br>Counsel for Plaintiff, Welliver McGuire, Inc.<br>By:<br>John W. Dreste, Esq.<br>Matthew D. Holmes, Esq.<br>925 Clinton Square<br>Rochester, New York 14604<br>jdreste@ed-llp.com<br>mholmes@ed-llp.com | /s/ Michael Zicherman<br>Peckar & Abramson, P.C.<br>Counsel for Defendants,<br>Travelers Casualty and Surety<br>Company of America,<br>Federal Insurance Company<br>By:<br>Michael Zicherman, Esq.<br>1325 Avenue of the Americas, 10th Fl,<br>New York, New York 10019<br>mzicherman@pecklaw.com |
| Dated: February 15, 2022 | Dated: February 15, 2022 |
| /s/ Philip Giamportone<br>Lewis & Greer, P.C.<br>Counsel for Plaintiff<br>AAA Reinforcing, LLC<br>By:<br>Philip Giamportone, Esq.<br>510 Haight Avenue<br>Poughkeepsie, New York 12603<br>pgiamportone@lewisgreer.com | /s Jordan R. Pavlus<br>Byrne, Costello & Pickard, P.C.<br>Counsel for Plaintiff Raulli & Sons, Inc.<br>By:<br>Jordan R. Pavlus, Esq.<br>100 Madison Street<br>Tower 1, Suite 1600<br>Syracuse, New York 13202<br>jpavlus@bcplegal.com |

IT IS SO ORDERED.

Date: February 17, 2022

Frederick J. Scullin, Jr.
Senior United States District Judge